[pic]

 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH

 NO. 02-13-00129-CR
 02-13-00130-CR

|Carlterrial Quentez Brown | |APPELLANT |
| |
|V. |
|The State of Texas | |STATE |

 ----------
 FROM Criminal District Court No. 4 OF Tarrant COUNTY
 ------------
 MEMORANDUM OPINION[1] AND JUDGMENT
 ----------
 We have considered "Appellant's Motion To Dismiss Appeal." The
motion complies with rule 42.2(a) of the rules of appellate procedure.
Tex. R. App. P. 42.2(a). No decision of this court having been delivered
before we received this motion, we grant the motion and dismiss the appeal.
 See Tex. R. App. P. 42.2(a), 43.2(f).
 PER CURIAM
PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 17, 2013
-----------------------
 [1]See Tex. R. App. P. 47.4.